IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARK W. ROTSCH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-18-GPM** |
| ) | |
| **MARQUETTE TRANSPORTATION** ) | |
| **CO., INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's pro se "Motion for Discovery." **(Doc. 27).** The motion appears to actually be an initial request for discovery, as there is no indication that plaintiff propounded his discovery request upon defendant without result. Local Rule 26.1(b) prohibits the filing of discovery requests.

**IT IS THEREFORE ORDERED** that plaintiff's "Motion for Discovery" **(Doc. 27)** is **STRICKEN**. Plaintiff should refer to Federal Rules of Civil Procedure 33 and 34.

**IT IS SO ORDERED.**

DATED: December 29, 2005

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**