IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARK W. ROTSCH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-018-GPM |
| | ) |
| **MARQUETTE TRANSPORTATION COMPANY, INC., and BLUEGRASS MARINE, INC.,** | ) ) ) ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court for a hearing on Defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Doc. 24) is granted.  Judgment is entered in favor of Defendants, **MARQUETTE TRANSPORTATION COMPANY, INC., and BLUEGRASS MARINE, INC.**, and against Plaintiff, **MARK W. ROTSCH**, and this action is dismissed **with prejudice.**

**DATED**:  01/31/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE